No. 57972.—Enterprise Paper Co. and John H. Faunce N. Y., Inc. *v.* United States, protest 218984–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of cellophane sheets similar in all material respects to those the subject of Abstract 56780, the claim of the plaintiffs was sustained.